IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:23-cv-00575-RJC-SCR

| | |
|---|---|
| VASYL NESVIT,<br><br>Plaintiff,<br><br>v.<br><br>PFJ SOUTHEAST LLC d/b/a PILOT TRAVEL CENTER 275, et al.,<br><br>Defendants. | Order |

**THIS MATTER** is before the Court on a Consent Motion to Remand. For good cause shown, **IT IS HEREBY ORDERED** that this action is remanded to the General Court of Justice, Superior Court Division, in the County of Mecklenburg, North Carolina.

Signed: October 17, 2023

Robert J. Conrad, Jr.
United States District Judge